IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PATRICK MORRIS,<br><br>          Plaintiff,<br><br>v.<br><br>1) OKLAHOMA COUNTY SHERIFF'S DEPARTMENT,<br><br>          Defendant. | Case No.: CIV-21-58-JD<br>Attorneys' Lien Claimed<br>Jury Trial Demanded |

## COMPLAINT

COMES NOW Plaintiff, Patrick Morris, by and through his attorneys of record, Frank W Frasier and Maureen M. Johnson of the law firm of Frasier, Frasier & Hickman, LLP, and for his claims and causes of action against the Defendant states and alleges:

1. Plaintiff, Patrick Morris, is a resident of Canadian County, State of Oklahoma.

2. Defendant, Oklahoma County Sheriff's Department, is a governmental agency, acting by and through its agents, servants and employees within the scope and appointment of their agency and authority.

3. This court has jurisdiction over Plaintiff's claims under the laws of the State of Oklahoma and under the Uniform Services Employment and Reemployment Rights Act of 1994, 30 USCA §§ 4301-4335 (USERRA).

4. The Plaintiff was denied promotion due to his time away for service in the Army National Guard.

5. Plaintiff was a member of the Army National Guard until his medical retirement in July of 2020 and had previously served in the Army National Guard periodically through his employment with the Defendant. Therefore, Defendant

had knowledge of Plaintiff's military service.

6. The discriminatory and unlawful actions by Defendant Oklahoma County Sheriff's Department, alleged above were based on Plaintiff's membership, performance of service and obligations to the Army National Guard.

7. The discriminatory and unlawful actions alleged above adversely affected Plaintiff's employment and violated his rights under 38 USCA § 4301-4335 (USERRA) which is a violation of public policy.

8. Defendant Oklahoma County Sheriff's Department's termination of Patrick Morris' employment based on his membership, performance of service, and obligations to the Army National Guard has caused, continues to cause and will cause Patrick Morris to suffer loss of income, emotional distress, mental anguish, pain and suffering, loss of capacity for the enjoyment of life, humiliation, loss of dignity, injury of reputation, and hurt and egregious emotional and mental injury.

9. As a direct result of Defendant Oklahoma County Sheriff Department's discriminatory conduct, wrongful conduct, Patrick Morris has been forced to hire an attorney to protect his rights and is entitled to recover reasonable attorneys' fees and costs of this action.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant in a sum in excess of $75,000, actual, compensatory, and punitive damages in a sum in excess of $75,000, pre-judgment and post-judgment interest, reasonable attorneys' fees, expenses, reinstatement to his job position, and all other relief as the court may deem just and equitable.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: ***/s/Frank W Frasier***
Frank W Frasier, OBA #17864
Maureen M. Johnson, OBA #21750
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com